IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC, | § § § | |
| Plaintiff, | § | Case No: 2:16-cv-1444-JRG-RSP |
| vs. | § § | LEAD CASE |
| GOPRO, INC, | § § | |
| Defendant. | § § | |
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC, | § § § | |
| Plaintiff, | § | Case No: 2:16-cv-1446-JRG-RSP |
| vs. | § § | CONSOLIDATED CASE |
| WHIRPOOL CORPORATION, | § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this date, the Court considered Plaintiff Rothschild Connected Devices Innovations, LLC's motion to dismiss with prejudice Defendant Whirlpool Corporation pursuant to Fed. R. Civ. P. 41(a).

Therefore, IT IS ORDERED that Plaintiff's claims against Defendant are dismissed with prejudice and with each party to bear its own attorneys' fees and costs.

**SIGNED this 25th day of March, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE